IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DWIGHT L. SHIVERS, JR., | : |
| Plaintiff, | : |
| v. | : Civ. No. 17-964-RGA |
| CONNECTIONS, et al., | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington, this 11 day of December 2019, having considered Plaintiff's letter/motion for reconsideration (D.I. 86);

IT IS ORDERED that the motion (D.I. 86) is **DENIED**, for the reasons that follow:

On November 2, 2019, the Court denied Plaintiff's requests for counsel. (*See* D.I. 85). Plaintiff moves for reconsideration on the grounds that he is confused and does not know how to proceed with this case. (D.I. 86). Defendants oppose. (D.I. 87).

The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." *Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). "A proper Rule 59(e) motion . . . must rely on one of three grounds: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error of law or to prevent manifest injustice." *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010).

The Court has reviewed the filings and its memorandum opinion and order that denied Plaintiff's request for appointment of counsel. In doing so, the Court finds that

1

Plaintiff has failed to demonstrate any of the grounds necessary to warrant a reconsideration of the Court's November 20, 2019 order denying Plaintiff's requests for counsel. Plaintiff is reminded that he is not precluded from seeking counsel in the future. Plaintiff's motion for reconsideration is denied.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE